# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

March 13, 2008

Michael G. Doan
Doan Law Firm, LLP
2850 Pio Pico Drive Suite D1
Carlsbad, CA 92008

| | |
|---|---|
| RE: | Barrientos et al v. Wells Fargo Bank, NA, et al |
| Bankruptcy Case Number: | 06-01685-PB |
| BAP Case Number: | 07-90221 |

You are hereby notified that the above entitled case was on 03/12/08 transferred from the United States Bankruptcy Court Southern District of CA to the U.S. District Court, Southern District of California. The case will now contain the case number of the Southern District, and the initial of the assigned Judge. The case has been assigned to the Honorable Napoleon A Jones, Jr, and on all future filings please show the case number as 08cv462 J (BLM).

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: ________s/M. Zvers____________________
M. Zvers, Deputy Clerk

cc: Bankruptcy Court